**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GEORGE KARAS, | ) | NO. ED CV 16-1960-DMG(E) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, |
| MR. ORRY MARCIANO and MS. BEATRES, | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Third Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) Defendant Marciano's motion for summary judgment is denied; (2) Defendant Imakando's motion for summary judgment is granted; (3) all claims against Defendant Imakando are

dismissed without prejudice; and (4) Defendant Marciano shall file an Answer to the Third Amended Complaint within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Magistrate Judge's Report and Recommendation on Plaintiff and counsel for Defendants.

DATED: December 29, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE