**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE KARAS,<br><br>        Plaintiff,<br><br>  v.<br><br>MR. ORRY MARCIANO and<br>MS. BEATRES,<br><br>        Defendants. | NO. ED CV 16-1960-DMG(E)<br><br><br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE